UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>                         Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                         Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 20-03922 |

**ORDER**

Upon consideration of Defendant's motion for a stay of further proceedings, ECF No. 33, it is hereby

**ORDERED** that Defendant's motion to stay is denied; and it is further

**ORDERED** that the parties shall advise the court of a mutually acceptable date to hold a status conference regarding the further disposition of this action within 30 days of when Congress appropriates funds for the U.S. Department of Justice and the agency responsible for the underlying determination to continue its work.

                                                    /s/ Leo M. Gordon
                                                    Judge Leo M. Gordon

Dated: October 6, 2025
        New York, New York